UNITED STATES DISTRICT COURT

FOR

EASTERN DISTRICT OF MICHIGAN

CA #26-12830

JURY DEMAND?  YES,

On Fact Issues

Plaintiffs,

PAM SUTHERLAND,, MS. GATZA, MILLER & EZRA

+LEZBIT LINGAMENTI & GLORIA SCHMIDT &

JESUS CHRIST'S ARMY CHURCH FOR WARFARE, INC., A CHURCH ("JCACW")

V.

Defendants,

DOW, INC., DOW-CORNING, INC. DOW CHEMICAL, INC., DOW SILICONES SOLUTIONS, INC.

JIM FITTERLING, AMY WILSON, KAREN CARTER, JEFF TATE & ALL MEMBERS OF THE DOW BOARD OF DIRECTORS; DELOITTE & TOUCHE, LLP,

DU PONT de NEMOURS,INC. ; GARAN, LUCOW & MILLER, P.C. LAW FIRM;  AND 34 INSURANCE COMPANIES WHO INSURED AGAINST DOW LIABILITY, LED BY CLASS LEAD "ALLSTATE INS."

### CLASS ACTION COMPLAINT FOR A CIVIL CASE

### WITH JURY DEMAND

I.   *THE PARTIES:*

A.  *THE PLAINTIFFS:*

*PAMELA SUTHERLAND LIVES IN HAYSI, STATE OF VIRGINIA, AND IS THE PROPOSED LEAD PLAINTIFF.  THE OTHER INDIVIDUAL PLAINTIFFS ARE CITIZENS OF OTHER STATES,. THE PLAINTIFFS INCLUDE BOTH OPT-OUT & SETTLING- PLAINTIFFS, THE LATTER OF WHOM ARE MS. LINGAMENTI OF MICHIGAN & SCHMIDT OF FLORIDA.*

*"JCACW"  IS A CHURCH THAT HAS INVESTED IN DOW, INC. EQUITY SHARES, A MICHIGAN ECCLESIASTICAL CORPORATION.*

B.  *THE DEFENDANTS:*

*DOW INC. IS THE HOLDING COMPANY FOR ALL THE DOW-NAMED ENTITIES (HEREINAFTER ALL "DOW"), WITH HEADQUARTERS IN MIDLAND, MI.  DELOITTE IS DOW'S CPA FIRM.  DU PONT IS A FORMER MERGER PARTNER OF DOW@ RELEVANT TIMES, WHICH SHARED DOW'S KNOWLEDGE AND ACTIONS; GARAN, LUCOW & MILLER IS A LAW FIRM IN DETROIT & THE MIDWEST, WHICH REPRESENTS DOW, INCLUDING SETTLEMENT NEGOTIATIONS WITH PLAINTIFFS HEREIN.  ALLSTATE IS ONE OF 34 INSURANCE COMPANIES, WHICH INSURED DOW HEREIN RE LIABILITY.*

*DOW-CORNING, INC. WAS ABSORBED BY DOW, INC. & IS NO LONGER EXTANT.*

*DOW CHEMICAL, INC. AND DOW SILICONES SOLUTIONS, INC. ARE SUBSIDIARIES OF DOW, INC.*

*JIM FITTERLING, AMY WILSON, KAREN CARTER & JEFF TATE ARE THE HIGHEST OFFICERS OF DOW, INC., WITH MR.FITTERLING BEING BOARD CHR. AND PAST CEO; MS WILSON GEN. COUNSEL & SEC.; MR.TATE AS CFO; AND MS. CARTER AS CURRENT CEO.*

*DELOITTE-TOUCHE IS THE CURRENT CPA FIRM FOR DOW, INC.& SUBS, CERTIFYING THE ANNUAL REPORTS AND S.E.C. FILINGS.  .  ALLSTATE IS ONE OF 34 LIABILITY INS. COMPANIES FOR DOW:.  GARAN, LUCOW, MILLER IS ONE OF DOW'S LEGAL COUNSEL.*

II.      *BASES OF JURISDICTION:*

*THERE IS COMPLETE DIVERSITY OF CITIZENSHIP BETWEEN THE DEFENDANTS AND THE OPT-OUT INDIVIDUAL PLAINTIFFS.  MORE THAN $75,000 IS INVOLVED, AS THE PLAINTIFFS SEEK OVER $13,000,000,000  IN DAMAGES.*

*THERE IS ALSO FEDERAL QUESTION JURISDICTION UNDER THE RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT , AND S.E.C. LAW; PLUS THE 5TH, 7TH  AND 14TH AMENDMENTS TO THE U.S. CONSTITUTION + THE SHERMAN ANTI-TRUST ACT & THE U.S. CIVIL RIGHTS ACTS, ET AL.*

III.     *CLASS ACTION.*
        *UNDER FRCP 23, THE INDIVIDUAL PLAINTIFFS SUE A CLASS ACTION FOR 170,000 WOMEN WHO RECEIVED SILICONE BREAST IMPLANTS.  HOWEVER, IT IS CRITICAL TO POINT OUT THAT THIS ACTION IS NOT LIKE FORMER ACTIONS TO SEEK DAMAGES FOR INJURIES TO THEIR PERSONAL BODIES, BUT, RATHER, FOR THE DOW ENTITIES COMMITTING FRAUD AND INTENTIONAL CHEATING RE PROMISING TO*

2

*PAY $3.2 BILLION IN BANKRUPTCY SETTLEMENT AND YET NOT PAYING SUCH AMOUNT---A NEW ISSUE, JUST RECENTLY DISCOVERED BY PLAINTIFFS, WHEREBY DOW STALLED PAYMENT & VIA CHICANERY , PAID THE WOMEN WITH THEIR OWN MONEY, IF DELAY,  INTEREST, DIVIDENDS,CAPITAL APPRECIATION AND MONEY - COMPOUNDING ARE UNDERSTOOD BY THE COURT,AND JURY,  AS PLAINTIFFS' EXPERTS WILL TESTIFY.*

*THE FACTS UNDERLYING THIS 2026-YEAR CLASS ACTION HAVE A HISTORY THAT GOES WAY BACK TO 1995, WHEN DOW-CORNING WENT INTO BANKRUPTCY AND PROMISED TO PAY THE 170,000 WOMEN CLAIMANTS $3.2 BILLION TO GET A DISCHARGE OUT OF BANKRUPTCY.  SOME MONEY WAS PAID, AND THAT IS THE ISSUE HERE, RE: "HOW MUCH"? THE OPT-OUT PLAINTIFFS, WHO ALSO REPRESENT THOSE WHO SETTLED, NEVER GOT A DIME, BECAUSE THE HON. JUDGE HOOD USED THE" DAUBERT" DOCTRINE TO DISQUALIFY ALL EXPERTS FOR PLAINTIFFS, AFTER URGING THEM FROM THE BENCH TO "JUST GET EXPERTS", WHICH THEY DID AT GREAT EXPENSE, ONLY TO HAVE THEM DISQUALIFIED BY JUDGE HOOD.  NOT ONE CASE WAS TRIED BEFORE HER OUT OF THE 170,000 CLAIMANTS.*

*HOWEVER, IT IS INDISPUTABLE THAT HAD DOW PAID THE FULL $3.2 BILLION ON TIME, THERE WOULD BE AMPLE MONEY TO PAY THE OPT-OUTS AND THOSE WHO SETTLED-- MORE FAIRLY WITH MORE MONEY AVAILABLE.*

*IV.       COUNT I:  CONTRACTUAL FRAUD:*

*DOW CHEATED 170,000 WOMEN BY PROMISING TO PAY $3.2 BILLION AND NOT PAYING SUCH, NOR ANYTHING NEAR TO SUCH + PLAYED FINANCIAL "GAMES" RE DELAY, LOST INTEREST , INVESTING AND COMPOUNDING OVER-TIME, WHERE DOW DELAYED PAYMENT BY INTENT &  PLAN, WHERE THE COURT-APPROVED "CAC" (SEE ATTACHMENT #1) AUDITORS RECORDED LESS THAN $1.4 BILLION PAID BY DOW, LEAVING A SHORT-FALL OF $1.8 BILLION FROM THE $3.2 BILLION AGREED TO, ALAS.*

1.  *Incorporating all the allegations above in allegations I-III, Plaintiffs say that Dow (as said above, all corporations with "Dow" in their names and officers thereof hereinafter) promised to pay $3.2 Billion and did not pay such to Plaintiffs.  All media (including the TIMES of New York and LA.SEE ATTACHMENT #2 ) at the time repeated that $3.2 BILION promise in coverage, after investigation, and it was relied upon to be promptly paid by Dow in the Bay City, MI, U.S.  bankruptcy court, but Dow , through delay, trickery and misrepresentation and gross fraud never paid anything close to $3.2 Billion, and Dow has never claimed it paid the full $3.2*

3

*Billion, despite Plaintiffs reliance on such promise. Again, Dow paid only $1.4 Billion, rounded off high per "CAC" records (SEE "CAC" ATTACHMENT, #1.)*

2. *DOW NEVER DENIED THE UNANIMOUS PRESS REPORTS THAT IT PROMISED TO PAY $3.2.BILLION.  INVOLVED ATTORNEYS ALSO CONFIRMED THE $3.2 BILLION AMOUNT.*

3. *Dow dissolved Dow-Corning in 2016 and assumed 100% ownership & liabilities.*

4. *Since 1995, Dow has had control of such $3.2 Billion for 31 years, no less, and has profited from what delay ,dividends, interest, and capital-appreciation it could have*

*made from such remaining in its treasury & not paid-out , as agreed. Thus, in effect, Dow paid the women who settled by the Dow-controlled "grid" out of their own money, by the long-term delay, very cleverly but with evil intent to not pay out $3.2 Billion.  This is a major corporate scandal, fit again for the front page of the TIMES, in both L.A. AND NYC, PLUS BARRON'S AND THE WALL ST. JOURNAL, TO NAME JUST A FEW PRINT MEDIA + FOX BUSINESS TV & BLOOMBERG TV.*

*THUS, PLAINTIFFS CLAIM A MINIMUM OF $3.2 BILLION AS DAMAGES + WHAT IS ADDED BY EXPERT TESTIMONY ABOUT WHAT DOW DID WITH THE OBLIGATION OF $3.2 BILLION & WHEN DOW PAID WHAT IT ACTUALLY PAID---ONLY $1.4 BILLION + FORMS OF DELAY & MONEY APPRECIATION, NOT TO BE TAKEN LIGHTLY.*

V. *COUNT 2:   RACKETEER INFLUENCED & CORRUPT ORGANIZATIONS  ACT (R.I.C.O.) VIOLATIONS.*

1. *All allegations above are incorporated by reference.   The RICO ACT provides civil remedies, amongst other things,  in 18 USC 1964-68.*

2. *Here, Dow did not use 'MAFIA MUSCLE" to collect a debt , but financial fraud and delay to "avoid" a legitimate debt.  Dow was a white-collar racketeer, like the said Mafia.*

3. *The illegal enterprise began with Dow-Corning & its officers and continued to the present date, involving all the Dow entities and officers at the time & now,  with one concerted purpose, i.e. to cheat the 170,000 women out of the $3.2 Billion, and pay them less.*

4. *Dow has a long history of conspiring in its leadership with its subsidiaries,to cheat others e.g. it killed or maimed nearly 1,000,000 persons in Bhopal, India, when it was involved with Union Carbide; it injured even American soldiers in Viet Nam with Agent Orange("dioxins") and Napalm, made infamous with that iconic photo of a 9 year-old SOUTH 'NAM girl , naked and burning up as she ran & died; it has had more than one*

4

*IRS tax fraud investigation, etc.  Dow is a rogue elephant entity, and, when Plaintiffs detail the leadership of Dow, infra, it becomes clear why Dow does not uphold American values with its absurd DEI & LGBTQ VALUES., making it the queerest corporation in America, completely out of sync with the values of "merit" via the current Administration, while Dow brags about being LGBTQ & queer DEI oriented.*

5. *In  the early days of DOW-CORNING,from President Gary Anderson to the present under Jim Fitterling,and Karen Carter, Dow officers have conspired to not pay the 170,000 women more than even $1.4 Billiion, year after year, and as late as possible, no matter who were the officers.  There was a pattern of illegal activity, and the $3.2 Billion was never fully paid by Dow, in any sense.*

6. *There are more than 2 Dow entities involved in the conspiracy as Dow passed the ball from Dow-Corning to what is now Dow Silicones Solutions and the big daddy Dow Chemical and Dow, Inc., the holding company.*

7. *And, there were more than 2 ACTS, with intent to deceive, and they followed a pattern, year after year, for 31 years, and Dow profited from such activity each and every year:*
   A. *The decision to publicly agree to settle for $3.2 Billion, all the while plotting to stall payment & invest it with Dow's treasury, over time.*
   B. *The decision to indeed stall for over 5 years before "any" payments went out, all the while having full control of that $3.2 Billion in hand.*
   C. *The decision to continue such delay for up to 31 years, each and every year, while keeping the value of that money in interest, dividends and capital appreciation, while denying such to the 170,000 women.*
   D. *The decision by Dow to do all the above involved obstructing justice, fraud by wire and mail, illegal gambling and embezzlement, money-laundering, etc., amongst other things.*

8. *Forfeiture and other equitable remedies to confiscate Dow's physical property will be left to the Court's judgment and the proofs, including Dow officers having to pay-back ("CLAW-BACK")  their incomes for what amounted to a money-laundering scheme, i.e. they got multi- million-dollar salaries and stock options and benefits in exchange for the value of not paying the 170,000 ladies their due.*

*THUS, THE DOW ENTITIES MUST PAY R.I.C.O. TREBLE DAMAGES OF $13,000,000,000 (BILLION) + INTEREST AND COSTS + FORFEITURE OF PHYSICAL PROPERTY, AS THIS COURT FEELS JUST FOR SUCH INTENTIONAL ACTS UNDER R.I.C.O. + ANY OTHER REMEDIES FOR DOW THREATENING PLAINTIFFS OR THEIR ATTORNEYS IN A CONTINUING PATTERN OF ROGUE AND ILLEGAL BEHAVIOR, EFFECTIVELY "MONEY-LAUNDERING", INCLUDING MASS FRAUD & MISREPRESENTATION +THEFT & EXTORTION, LEAVING THE MANY CLAIMANTS WORN-OUT AND RESIGNED TO WHAT*

*THEY WOULD EVENTUALLY GET, IF ANYTHING, ALL CONSISTENT WITH DOW'S LEGACY OF TRYING TO GET AWAY WITH AS MUCH AS POSSIBLE AGAINST VULNERABLE WOMEN AND ENTITIES, UNTIL DOW IS ANSWERABLE TO A SYSTEM OF JUSTICE.  THE OTHER SEPARATE COUNTS IN THIS COMPLAINT ARE INCORPORATED BY REFERENCE TO SHOW THE EXTENT OF DOW'S ROGUE ACTIONS TOWARD THE 170,000 VULNERABLE LADIES, FOR MORE THAN 31 YEARS OF EXPLOITATION, UNTIL JUST A FEW WOMEN PLAINTIFFS HEREIN DID THEIR OWN AUDIT IN THE LAST YEAR—AND FOUND DOW CHEATED..*

*WHEN THE NATURE OF THE DOW OFFICERS' SEXUAL PROCLIVITIES ARE SET FORTH, IT WILL BE CLEAR WHY DOW WISHED TO DO CONTINUING HARM TO ONE NORMAL SEX---WOMEN.  THE DOW OFFICERS SUED ARE THE QUEEREST IN ALL AMERICA WITH THEIR POLICIES OF "LGBTQ" AND "DEI" V.V. A "MERIT" POLICY.*

*THUS, RICO DAMAGES ARE SOUGHT, TREBLED PER THE PROOFS, WE PRAY for MORE THAN $13 BILLION, INCLUDING GAINS RE WITHHOLDING MONEY ILLEGALLY.*

VI.   *S.E.C. VIOLATIONS:  COUNT III: FAILURE TO MAKE ACCURATE FINANCIAL DISCLOSURES:*

1. *ALL ALLEGATIONS SUPRA ARE INCORPORATED BY REFERENCE.*

2. *THE U.S. SECURITIES & EXCHANGE COMMISSION WAS ESTABLISHED TO, AMONGST OTHER THINGS, PROTECT INVESTORS IN PUBLIC SECURITIES  FROM LOSS DUE TO LACK OF FULL DISCLOSURE RE CORPORATE FINANCIAL CONDITIONS, AFTER THE DEPRESSION OF 1933 AND '34.  15 USC 78(d).*

3. *DESPITE SUCH, DOW HAS NOT DISCLOSED THE ALLEGATIONS BEHIND THIS LAWSUIT IN ITS PUBLISHED FINANCIALS, NOT EVEN AS A CONTINGENT LIABILITY THAT COULD REACH $13 BILLION DOLLARS,OR MORE,  NOR MENTIONED ANY ASPECT OF SUCH.  DE LOITTE IS JOINED IN THIS COUNT.*

4. *EVERY DAY, PEOPLE AND INSTITUTIONS INVEST THEIR PRECIOUS MONEY IN DOW, NOT KNOWING THAT A SWORD OF DAMACLES HANGS OVER DOW'S HEAD, LOOMING SUCH THAT DOW COULD COMPLETELY FAIL AS A VIABLE COMPANY, AND ALL ITS AFFILIATED COMPANIES ALL OVER THE WORLD, I.E. SEEK BANKRUPTCY & OTHER CONSEQUENCES.*

5. *IN DOW'S RECENT FILINGS OF ITS 10K ANNUAL REPORT, AND ASSOCIATED 10Q AND 8K REPORTS, NO MENTION IS MADE OF THE VERY ISSUES OF THIS VERY LAWSUIT, WHICH ISSUES, IN REALITY, HAVE BEEN EXTANT FOR ALMOST 31 YEARS.  THIS LAWSUIT BLOWS THAT SECRECY WIDE OPEN TO THE PUBLIC AND WALL STREET INVESTORS ALL OVER THE WORLD.*

6

6. *THE PRIVATE SECURITIES ACT OF 1995 UNDER 15 USC ALLOWS PRIVATE SUITS FOR FAILURE TO DISCLOSE FINANCIAL DATA.*

7. *THUS, DOW HAS CAUSED PLAINTIFF JCACW CHURCH, AND ALL THOSE WHO RELY UPON THE CHURCH TO LEAD THE CLASS OF INVESTORS, WHO LOSE MONEY, DUE TO DOW'S MATERIAL OMISSION, WHEN DOW KNEW PERSONS WOULD BE MISLED AND RELY UPON DOW'S INACCURATE FINANCIAL STATEMENTS , RESULTING IN FINANCIAL LOSS.*

8. *UNDER RULE 10 (b) and 10 (b 5) , the CHURCH BRINGS THIS CLASS ACTION AGAINST DOW AND DELOITTE FOR THIS MATERIAL OMISSION,WHICH DOW KNEW WOULD BE RELIED UPON BY INVESTORS TO THEIR ECONOMIC DETRIMENT., WITH DAMAGES TO BE DETERMINED IN COURT.*

9. *FOR THE LAST SEVERAL QUARTERS, DOW'S FINANCIAL POSITION HAS BECOME SO SERIOUS UNDER ITS 'GAY" LEADERSHIP THAT PAST DOW CEO JIM FITTERLING HAS ANNOUNCED PLANS FOR DOW TO SLASH MORE THAN 4,000 JOBS @ DOW, AS SALES STAGNATE AND $1,000,000,000 (BILLION) IN CUTS ARE NECESSARY DUE TO WHAT HE CALLS "WEAK MACROECONOMIC CONDITIONS..." SHARES OF DOW ON WALL ST. PLUMMETED 6% IN ONE DAY,RECENTLY. THIS ALL FOLLOWED DOW'S TELLING OF A 4TH QUARTER 2025 LOSS, WHILE GENERAL MARKET CONDITIONS HAVE BEEN GOOD UNDER THE NEW D.C. ADMINISTRATION. DOW'S LOSS FOR ONE QUARTER WAS $35,OOO,OOO. TWO YEARS AGO, DOW SAID IT WAS CUTTING EVEN MORE JOBS (2,000) , AND CAUSED THE STREET TO WONDER IF DOW HAS A FUTURE V.V. OTHER BUSINESSES WHICH ARE USING "AI" TO GET AHEAD AND COMPETE WITH CHINA & OTHERS. TO BE SPECIFIC, DOW CFO JEFF TATE, NOT EXACTLY AN IVY LEAGUE GENIUS BY RESUME BACKGROUND, REPORTED BLEAKLY THUS FOR THE 4TH QUARTER OF 2024:DISAPPOINTING NET SALES OF $10.4 BILLION; OPERATING CASH FLOW OF $811 MILLION; AND OPERATING EBITDA OF $1.21BILLION, ALL BLAMED ON "...A PROLONGED ECONOMIC DOWNTURN...", WHILE EVERYONE KNOWS THAT THE ECONOMY HAS BOOMED SINCE THE END OF COVID. EVEN THE MEDIA HAS CRUCIFIED MR. TATE FOR HIS REMARKS, AND SUGGESTED THAT DOW'S TOP EXECS TAKE A PAY-CUT, IF DOW NEEDS TO LAY OFF SEVERAL THOUSAND EMPOYEES AND CUT COSTS. EVEN A CHILD IN KINDERGARTEN COULD SEE THE "COMMON SENSE" IN THAT SUGGESTION. SUBSEQUENT QUARTER REPORTS HAVE CONTINUED TO BE BLEAK & FITTERLING WAS REPLACED AS CEO BY MS. CARTER.*

10. *TO GIVE ONE AN IDEA OF HOW GROSS THE QUEER CABAL IS RE TAKING CARE OF THEMSELVES, JAMES RAY FITTERLING, THE BD. CHR. AND EX-CEO, THE ONE WHO IS FIRING THOUSANDS OF EMPOYEES, MADE $20,829,446 IN 2023, AND*

*$11,793,356 WAS IN STOCK + OTHER BENNIES.  HE , A PROUD HOMO, MADE 220-TIMES THE MEDIAN EMPLOYEE @ DOW.  HIS  NET WORTH IS FROM $57 MILLION @ A HIGH TO A PALTRY $35 MILLION, DEPENDING ON WHO IS REPORTING. HE WENT TO SCHOOL @ THE U. OF MISSOURI, AND MAY WISH TO LIVE UP TO THE MOTTO OF THAT STATE: "SHOW ME!!"  THIS COMPLAINT BY HUMBLE LADIES  ATTEMPTS TO "SHOW HIM".*

*DAMAGES FOR VIOLATION OF SECURITIES LAWS ARE PRAYED , AS THE PROOFS SHOW, BUT NO LESS THAN WHEN SHAREHOLDERS ARE INVESTING IN A CORPORATION THAT OWES AT LEAST $3.2.BILLION + COSTS , INTEREST AND FEES, PLUS TREBLE THAT UNDER "RICO".  WE WILL SOON LEARN, INFRA, THAT MR. FITTERLING IS SELF-CONFESSEDLY "MRS." FITTERLING IN HIS LIVING WITH ONE ALEX LEE.  WE SAY SUCH IS A DISTRACTION FROM HIS DUTIES TO DOW.*

*SUCH DAMAGE IS PRAYED TO EXCEED $3.2 BILLION, PLUS THE USUAL COSTS & FEES, ALL PRAYED AS A FEDERAL CLASS ACTION UNDER FRCP 23, ON BASES AS ABOVE.*

*VII.*

*COUNT IV:  VIOLATION OF U.S. CONSTITUTIONAL RIGHTS: 1ST, 5TH AND 14TH AMENDMENTS:*

1. *INCORPORATING ALL THE ABOVE ALLEGATIONS BY REFERENCE, WE SAY THAT U.S. CONSTITUTIONAL RIGHTS WERE VIOLATED BY DOW AND OTHER DEFENDANTS.*

2. *DOW USED THE U.S. BANKRUPTCY COURT IN BAY CITY, MI ("STATE ACTION")TO SEEK A DISCHARGE OF ITS $3.2 BILLION DEBT TO 170,000 LADIES, BUT NEVER INTENDED TO PAY SUCH SUM, AND NEVER DID, PAYING ONLY LESS THAN HALF OF SUCH ---& THAT OVER 31 YEARS , SUCH THAT THE LADIES---BOTH OPT-OUTS AND SETTLEMENT LADIES, IN EFFECT, PAID THEMSELVES WITH THEIR OWN MONEY, DUE TO CONCEPTS OF DELAY,  INTEREST, DIVIDENDS, CAPITAL APPRECIATION AND COMPOUNDING.*

3. *AS SUCH, PLAINTIFF WOMEN WERE DEPRIVED OF RIGHTS UNDER THE 14TH AMENDMENT ("DUE PROCESS" AND "EQUAL PROTECTION")  AND LOST THEIR PROPERTY UNDER THE 5TH AMENDMENT, PLUS HAD NO FREEDOM OF SPEECH TO PROTEST UNDER THE 1ST AMENDMENT, NEVER RECEIVING THE $3.2 BILLION PROMISED, DUE TO THE SECRET SHELL-GAMES PLAYED BY THE DEFENDANTS OVER 3 DECADES, WHEN THE LADIES WERE IN NO POSITION TO AUDIT DOW'S PAYMENT, NOR TO SPEAK UP FREELY, RELYING ON THE COURT SYSTEM.*

8

4. *THE OPT-OUT LADIES HAVE NOT RECEIVED ONE PENNY FOR THOSE 31 YEARS OF SUFFERING AND WAITING.  THE LADY PLAINTIFFS WHO SETTLED RECEIVED FAR LESS THAN POSSIBLE, BECAUSE DOW DID NOT PAY $3.2 BILLION, AS PROMISED, AND IN A TIMELY MANNER.*

5. *DOW IS BASED IN MIDLAND, MI, WHICH THE LITERATURE CALLS A "COMPANY-TOWN", SO MUCH DOES DOW DOMINATE THE GOVERNMENT AND SOCIETY OF MIDLAND, INCLUDING POLLUTING THE SOIL, WATER, AIR AND RIVERS (TITTABAWASSEE) AND GENERAL ENVIRONMENT AROUND MIDLAND.*

6. *THE UNCONSTITUTIONAL "STATE ACTION" IS THAT THE BANKRUPTCY COURT LEFT THE ADMINISTRATION OF THE $3.2 BILLION TO DOW-CORNING AND ITS SUCCESSOR CORPORATIONS AND DID NOT SUPERVISE SUCH CORPORATIONS IN EFFECTING THE ADMINISTRATION OF THE PROMISED $3.2 BILLION, CAUSING SERIOUS DAMAGES TO THE WOMEN.*

   *THUS, FOR SUCH SERIOUS VIOLATION OF AMERICA'S FOUNDING DOCUMENT, PLAINTIFFS PRAY DAMAGES AS FOLLOWS:*

   A. *AN AMOUNT AT LEAST  EQUAL TO THE R.I.C.O. DAMAGES OR $13,000,000,000.*

   B. *EQUITABLE RELIEF AS THIS COURT DETERMINES TO FREE THE CITY OF MIDLAND FROM DOW'S UNDUE INFLUENCE, AND TO CLEAN UP THE ENVIRONMENTAL DAMAGES TO THE RIVERS, SOIL AND WATER & AIR AROUND MIDLAND, ALL CONSISTENT WITH STATE AND FEDERAL ENVIRONMENTAL LAWS, AS PLAINTIFFS STAND IN FOR THOSE AFFECTED BY ROGUE DOW.*

VIII. *COUNT V: CIVIL RIGHTS ACT OF 1964 & SUBSEQUENT RELATED U.S. LEGISLATION:*

1. *INCORPORATING ALL THE ALLEGATIONS IN ALL COUNTS ABOVE, PLAINTIFFS SAY  THAT DOW DISCRIMINATES AGAINST WOMEN, AS ALL THE PERSONAL PLAINTIFFS ARE WOMEN, ORIGINALLY 170,000 STRONG., BUT DOW HAS INTENTIONALLY WORE THEM DOWN, OVER NO LESS THAN 31+ YEARS,  BY DECEASE, SICKNESS AND COERSION TO JUST A FEW TO REPRESENT THE MANY WHO HAVE BEEN DAMAGED.*

2. *DOW'S CONDUCT VIOLATES THE CIVIL RIGHTS ACT OF 1964 AND FOLLOW-UP LEGISLATION.*

3. *DOW IS THE MOST "WOKE" AND "QUEER" CORPORATION THAT EXISTS IN THE U.S.A., AND IS THUS SO CONFUSED RE SEXUALITY, IT IS NOT SURPRISING THAT 170,000 WOMEN-ONLY HAVE BEEN MISTREATED BY DOW.*

4. *THE EX-CEO AND BOARD CHR. OF DOW IS AN OUTED QUEER BY THE NAME OF JIM FITTERLING, WHO HAS HELD THE POSITION FOR NEARLY A DECADE.  HIS RESUME BRAGS ABOUT ALL THE "OUT" GROUPS HE BELONGS TO, ALAS.  HIS REIGN HAS NOT BEEN SO SUCCESSFUL, AS HE LOST THE DU PONT MERGER IN 2019, AND DOW'S STOCK IS NOT A WALL STREET FAVORITE, WITH SALES TEETERING AROUND LESS THAN 40 BILLION DOLLARS PER ANNUM, AND A 4TH QUARTER 2024 LOSS AND JOB CUTS , AND INVESTORS ASKING: "WHAT THE HECK IS GOING ON?"( SEE "JIM CRAMER" ATTACHMENT. EXH #3).  YEAR 2025 WAS ALSO A DISAPPOINTMENT.   WHEN INVESTORS FIND OUT THE DISTRACTIVE  LIFESTYLE OF A MALE HOMOSEXUAL, THEY WILL KNOW WHAT IS GOING ON.  HIS HOMO LOVER IS NOW ALEX LEE & FITTERLING IS THE "MRS.", PUBLICLY CONFESSED & BRAGGED ABOUT, ALAS.*

5. *THE CURRENT ADMINISTRATION IN D.C. DIRECTS THAT "MERIT" SHOULD GOVERN WHO GETS AHEAD IN PUBLIC CORPORATIONS, PLUS SOCIETY,  AND NOT "DIVERSITY, EQUITY AND INCLUSION", BUT DOW FOLLOWS "D.E.I." & "LGBTQ" POLICIES & SO  ADVERTIZES.*

6. *DESPITE BLACKS BEING ONLY 13% OF THE U.S. POPULATION AND ALMOST UNNOTICED IN BIG-BUSINESS, KAREN S. CARTER IS NEXT-UP AS DOW CEO, A BLACK---AND, A WOMAN, WHICH SEX IS SELDOM SEEN IN CORPORATE SEATS AT THE TOP.  PLAINTIFFS ONLY WISH HER THE BEST, BUT KNOW SHE STARTED IN "HUMAN RELATIONS" @ DOW & MAY NOT KNOW "PROFIT" AS A GOAL.*

7. *ANOTHER BLACK, JEFF TATE, IS THE CFO & NEXT-UP FROM HIM IS LISA BRYANT, OF COURSE THE HEAD OF H.R.  AGAIN, BLACK, IN A CITY IN NORTHERN MICHIGAN WHICH IS NOT FAMOUS FOR ITS DIVERSITY OF POPULATION. INDEED, MIDLAND HAS ONLY 2% BLACKS, AND HISPANICS ARE ACTUALLY SECOND WITH 4%, AND CAUCASIANS , AS EXPECTED, @ 88%, ROUGHLY, BY THE LATEST CENSUS, JUST FOR THE RECORD, TO GIVE ONE AN IDEA OF THE STRANGE RESULTS.  THIS AMOUNTS TO REVERSE-DISCRIMINATION ON ITS FACE.*

8. *THE GENERAL COUNSEL IS WHITE, AMY WILSON, BUT SHE WAS MERELY A NO-NAME MEMBER OF A PRIVATE MIDLAND LAW FIRM WHEN SHE JOINED DOW, AND, NOT SURPRSINGLY, SHE TOUTS HER "LGBTQ" AFFILIATION IN HER PUBLISHED RESUME, AGAIN BRAGGING.*

9. *THIS AMOUNTS TO A CABAL OF QUEER MISFITS RUNNING A MAJOR U.S. CORPORATION, AND FLYING IN THE FACE OF THE U.S. GOVERNMENTS POLICY OF "MERIT", AS IT WOULD APPEAR.  THEY MAY BE NICE PEOPLE, BUT WE ARE*

10

TALKING "BIG BUSINESS", WHERE,  IF YOU DON'T STAY ALERT & COMPETE, YOU DIE OFF IN A DARWINAN WAY.

10. IN  AMERICA, IT MAY BE THE WAY LIFE JUST RANDOMLY WORKS SOMETIMES, BUT DOW RECEIVES MONEY FROM THE U.S. GOVERNMENT, AND IT IS ONLY A QUESTION OF TIME BEFORE DOW HEARS FROM THE CURRENT U.S. GOVERNMENT, KNOCKING ON ITS DOORS,  RE WHAT IS GOING ON IN THE AREA OF DOW'S BEING OUT OF STEP RE SEXUALITY, RACE & "MERIT".  INDEED, DOES A NORMAL "MAN" OR "WOMAN",  BORN SO, HAVE A FAIR CHANCE @ BEING EMPLOYED BY DOW, ON THE MERITS, WITHOUT REGARD TO THEIR VIEWS ON "DEI" AND "LGBTQ"?

11. THE INTEREST OF PLAINTIFFS HERE IS THAT THIS CABAL OF QUEER PEOPLE MADE DECISIONS FOR 170,000, WHO ARE WOMEN-ONLY, AND THE CABAL DOES NOT KNOW THAT U.S. POLICY IS THAT WE ONLY HAVE "2 SEXES", WITH NO ROOM FOR DISCRIMINATION DUE TO CONFUSION ABOUT WHAT SEX A PERSON IS, I.E. "MERIT ONLY".  PLAINTIFF-PERSONS ARE FEMALE-ONLY, AND THEY WANT THAT RESPECTED BY DOW, WHEN IT MAKES DECISIONS ABOUT THE $3.2 BILLION BEING FAIRLY & FACTUALLY  PAID-OUT.

12. THE LITERATURE IN SOCIOLOGY AND PSYCHOLOGY IS CLEAR THAT HOMOSEXUALS, ESPECIALLY MEN,  HAVE A HIGHER % OF MENTAL PROBLEMS,COMPLETE WITH A NOMENCLATURE OF DISGUSTING ACTS, UNMENTIONABLE HERE, BUT NOT AT DISCOVERY & TRIAL,  AND IT BEGS THE QUESTION AS TO WHY DOW IS SUCH A ROGUE BUSINESS, WHICH SO HATES NORMAL WOMEN & HAS SUCH DISAPPOINTING STOCK MARKET RESULTS AND BUSINESS FAILURE, E.G. THE DU PONT BUST-UP WAS THE WORST PERHAPS (DID DU PONT SMELL A RAT IN DOW'S WEIRD LEADERSHIP?)

    THUS, IF DOW DOES NOT RESPECT THE WOMEN WHO BUY THEIR PRODUCTS LIKE "SARAN-WRAP",  AND WANTS TO CONTINUE TO CHEAT PLAINTIFF FEMALES, THEN DOW IS LIABLE AGAIN FOR EQUAL TO THE R.I.C.O. VIOLATIONS,OR DAMAGES OF $13,000,000,000, PLUS COSTS AND FEES, UNDER THE CIVIL RIGHTS ACTS OF THE U.S., UP TO CURRENT TIMES.

IX.
COUNT VI:THE SHERMAN ANTI-TRUST ACT.
1.   ALL ALLEGATIONS ,SUPRA, ARE INCORPORATED BY REFERENCE.

11

2. *THE SHERMAN ANTI-TRUST ACT OF THE USA PROVIDES THAT ALL "COMBINATIONS OR CONSPIRACIES IN RESTRAINT OF TRADE" ARE ILLEGAL AND PROVIDES FOR PRIVATE LAWSUITS AND DAMAGES.*

3. *THE SEVERAL CORPORATIONS UNDER THE DOW RUBRIC HEREIN AND THE DOW OFFICERS LISTED DID CONSPIRE OVER A NUMBER OF YEARS TO PREVENT PLAINTIFF INDIVIDUALS FROM OBTAINING THE $3.2 BILLION SETTLEMENT IN COUNTS I AND II.*

4. *NOW, WHETHER THE $3.2 BILLION WAS A "CAP", OR EVEN A LESSER FIGURE, MAKES NO DIFFERENCE IN THIS & OTHER COUNTS, DUE TO THE TRICKERY OF DEFENDANTS IN DELAYING AND PLAYING "MONEY GAMES", WHEN THE "CAC" (SEE EX #1 ATTACHED REPORT OF PAY-OUTS BY DOW) SAYS THAT ONLY SOME $1.4 BILLION OR LESS WAS FINALLY PAID OUT TO CLAIMANTS, AFTER 31 YEARS OF DELAY----AND, "MORE" THAN 30 YEARS SINCE THEIR IMPLANTS WERE ACTUALLY PLACED IN THEIR BODIES, FULL OF DANGEROUS SILICONE, SO DANGEROUS THAT THE "CANCER" CAUSATION IS NOT EVEN YET KNOWN, BUT COULD BE AN ISSUE FOR THE FUTURE OF DOW, WHICH CAUSE OF ACTION IS HEREIN RESERVED TO THESE PLAINTIFFS, , WHETHER CANCER AND OTHER DISEASES ARE DISCOVERED TO AFFECT PLAINTIFFS OR THEIR GENETIC HEIRS & SUCCESSORS.*

*THUS, IF PLAINTIFF PERSONS CAN SHOW THAT THEY , IN EFFECT, PAID FOR THEIR DAMAGES WITH WHAT WAS, IN REALITY, THEIR OWN MONEY, DAMAGES ARE SOUGHT IN ANTI-TRUST FOR $3.2 BILLION MINIMUM + COSTS, INTEREST AND FEES.*
*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\**

*X:*
*COUNT VII:  AS TO GARAN, LUCOW & MILLER, P.C. LAW FIRM ("FIRM") FOR CONSPIRACY IN THE DOW FRAUD & NEGLIGENCE & BAD FAITH BARGAINING,INCORPORATING ALL PREVIOUS ALLEGATIONS, SUPRA.*

1. *FIRM HAS REPRESENTED DOW FOR AT LEAST THE LAST 31 YEARS RE VARIOUS MATTERS, INCLUDING THE BANKRUPTCY AGREEMENT & THE PAY-OUT TO WOMEN.*

2. *FIRM KNOWS THAT THE "CAC" SHOWS THAT ONLY $1.4 BILLION WAS PAID OUT,OVER TIME, NOT THE $3.2 BILLION PROMISED BY DOW.*

3. *THUS, FIRM HAS CONSPIRED WITH DOW TO CHEAT THE PLAINTIFF WOMEN OUT OF THE $3.2 BILLION BY AT LEAST $1.8 BILLION +DELAY,*

12

*INTEREST, DIVIDENDS, COMPOUNDING OVER 31 YEARS,  PLUS,  CAPITAL GAINS, FIRM BEING FULLY INFORMED.*

4. *AS SUCH, FIRM HAS NOT ONLY CONSPIRED TO CHEAT PLAINTIFFS, BUT ALSO FEDERAL COURT BANKRUPTCY & CIVIL CASE JUDGES, WHICH VIOLATES SEVERAL DUTIES AS FIRM IS OBLIGATED AS OFFICERS OF THE COURT, AND UNDER STATE BAR ETHICS---& TO PLAINTIFFS.*

5. *ADDITIONALLY, FIRM HAS BARGAINED WITH PLAINTIFFS IN "BAD FAITH", OFFERING NOTHING OF SUBSTANCE TO SETTLE THIS MATTER & FURTHER, NOT HAVING CLOSE CONTACT WITH DOW EXECUTIVES, WHILE PRETENDING TO HAVE SUCH OVER A PERIOD OF SEVERAL MONTHS.*

6. *GOOD FAITH BARGAINING TO SETTLE DISPUTES UNDER LAW REQUIRES LAWYERS & PARTIES TO NEGOTIATE HONESTLY, SHARE RELEVANT INFORMATION, AND MAKE GENUINE EFFORTS TO REACH AGREEMENT. FIRM DID NOT & HID THE TRUTH OF WHAT DOW OWED & PAID.*

7. *FIRM NEVER ALLOWED PLAINTIFFS TO MEET WITH DOW EXECUTIVES TO RESOLVE THIS DISPUTE, DESPITE SUGGESTIONS FROM PLAINTIFFS & PLAINTIFF LAWYERS, NOR TO ALLOW 3D-PARTY MEDIATION..*
*THUS, FIRM IS JOINTLY AND SEVERALLY LIABLE WITH DOW & OTHER DEFENDANTS TO PLAINTIFFS FOR THE $13 BILLION + PRAYED ABOVE AS DAMAGES, PLUS EXEMPLARY DAMAGES AS SET BY THE COURT FOR SUCH UNPROFESSIONAL BEHAVIOR, PLUS ANY REFERRAL FOR DISCIPLINE AS THE FACTS ARE DEVELOPED. ( OF COURSE, IT IS NOT PLEASANT TO SUE ANOTHER LAW FIRM, BUT THE FACTS SEEM TO INDICATE THAT FIRM ACTED IN CONCERT WITH DOW IN EVERY ASPECT OF THE ALLEGATIONS, SUPRA, DESPITE KNOWING THE " TRUTH".)*

8. *FINALLY, FIRM WAS NEGLIGENT, IN HAVING A DUTY OF DUE CARE AS OFFICERS OF THE COURTS RE KNOWING THE AMOUNT OWED, BUT BREACHING SUCH DUTY BY HIDING SUCH  & CAUSING DAMAGES TO PLAINTIFFS AS SET FORTH, SUPRA & SO PRAYED & INCORPORATED.*

*XI.*
*COUNT VIII.  THE INSURANCE COMPANIES ARE SUED, BECAUSE THEY STAND IN THE SAME SHOES AS DOW, AND CONSPIRED WITH DOW TO PAY AS LITTLE AS POSSIBLE ON THEIR POLICIES, DESPITE CONTRACTS. & KNOWING $3.2 WAS AGREED.  (SEE ATTACHED LIST OF INSURANCE DEFENDANTS.)  ALL-STATE IS ACTIVE IN THE MICHIGAN MARKET & IS PRAYED TO REPRESENT THE CLASS OF INSURERS. SAID CONTRACTS WERE ALREADY PAID UPON, IN PART.  THE CONTRACTS ARE ADMITTED*

13

*BY THE "INSURANCE CO. LIST" , ATTACHED AS EXH. #4.  THUS, DAMAGES ARE PRAYED OF AT LEAST $3.2 BILLION, PLUS COSTS & FEES, IN THE SAME PROPORTIONS AS THE INS. COMPANIES PAID BEFORE.*

*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\**

*CONCLUSION RE AD DAMNUM & EQUITABLE PRAYER RELIEF*

1. *THE MONEY DAMAGES SOUGHT ARE PECULIAR TO EACH COUNT, AS THE JURY WILL DECIDE, AND PROPER HUMBLE PLEADING DOES NOT WISH TO EXPRESS SUCH AS THE TOTAL OF ALL THE SEPARATE COUNTS FOR MAXIMUM EFFECT.  SUCH SPEAKS FOR ITSELF, AND THE MONEY DAMAGES FOR EACH COUNT CAN BE READ & ADDED BY THE READER.*

2. *REGARDING EQUITABLE REMEDIES BY THIS HONORABLE COURT, PLAINTIFFS WOULD ASK FOR RELIEF IN THE FOLLOWING AREAS + ADDITIONALLY, WHAT THIS COURT FINDS FROM THE TESTIMONY:*

   A. *INJUNCTIVE RELIEF AGAINST THE DEFENDANTS, ORDERING THEM TO CEASE AND DESIST FROM CONSPIRING TO CHEAT THE 170,000 WOMEN OUT OF THEIR DUE $3.2 BILLION & TO MAKE RECOMPENSE FOR THE MONEY-TRICKS USED TO CHEAT THEM BY TAKING FINANCIAL ADVANTAGE WITH "SHELL-GAMES" OF MAKING MONEY WITH MONEY.*

   B. *POSSIBLY PUTTING A REPRESENTATIVE OF THE PLAINTIFF WOMEN ON THE DOW BOARD OF DIRECTORS---OR, MAYBE MORE THAN ONE, SUCH THAT DOW WILL NOT CONTINUE ITS ABUSIVE BEHAVIOR WITH ANOTHER VOICE ON THE BOARD OF DIRECTORS TO AUDIT THE OFFICERS, AS THE LAW INTENDS, AND NOT TO LOOK AWAY.  AT A MINIMUM, THIS COMPLAINT SHOULD BE CERTIFIED-MAILED TO EACH*

14

*DIRECTOR, WITH THE COURT ORDERING THEM TO READ SUCH, AND SERIOUSLY ATTEND TO THEIR BOARD DUTIES IN SUPERVISING AN OFFICER CORPS THAT HAS RUN WILD & IS NOT PRODUCING RESULTS THAT WILL KEEP IT PROSPERING IN A COMPETITIVE WORLD, WHERE SOME BUSINESSES DIE.*

C. *CERTIFYING THE CLASS OF PLAINTIFFS AND APPOINTING MS SUTHERLAND AS LEAD ; AND THE JCACW CHURCH AS LEAD ON THE S.E.C. COUNT.*

D. *ADDING A RULE TO THE WRITTEN "ETHICS" OF DOW THAT THIS CONDUCT WILL NEVER BE TOLERATED IN THE FUTURE.*

E. *ORDERING THE BOARD OF DIRECTORS TO IMMEDIATELY CONDUCT AN INVESTIGATION OF THE ALLEGATIONS OF THIS COMPLAINT & HIRING AN INDEPENDENT LAWFIRM, AGREEABLE TO PLAINTIFFS, TO FILE A WRITTEN "INVESTIGATION REPORT" IN NO MORE THAN 100 DAYS. COST TO BE TO DOW.*

F. *ENFORCE THE "TREBLE DAMAGES" PORTION OF R.I.C.O.*

G. *DECIDE IF ANY PROPERTY OF DOW AND ITS KEY OFFICER DEFENDANTS WILL BE TAKEN AND SOLD TO SATISFY THE DAMAGES HEREIN, AS ALLOWED BY R.I.C.O.----INCLUDING REAL ESTATE, CHATTELS AND ACCOUNTS RECEIVABLE, BANK ACCOUNTS AND ALL CLASSES OF ASSETS & FREEZING SUCH NOW SO NO FRAUD OF JUDGMENT CREDITORS CAN BE ACCOMPLISHED.*

H. *DECIDE IF DE LOITTE SHOULD BE REFERRED TO LICENSING PROFESSION AGENCIES FOR , IN ADDITION TO DAMAGES, NEGLECTING TO DISCLOSE THE LIABILITIES OF THIS LAWSUIT ON IMPORTANT AUDIT DOCUMENTS. ALSO, TO DECIDE IF THERE SHOULD BE A REFERRAL TO THE S.E.C., DUE TO THE ALLEGATIONS HEREIN AGAINST DE LOITTE.*

I. *DECIDE IF THE NEW DEPT. OF JUSTICE SHOULD BE INFORMED TO INVESTIGATE DOW RE THE ALLEGATIONS HEREIN RE ANTI-COMPETITIVE BEHAVIOR; "D.E.i" AND "LGBTQ" ABERRATIONS IN A "MERIT" AMERICA.*

J. *DECIDE IF THERE SHOULD BE A "CLAW-BACK" FROM THE HIGHLY-PAID DOW OFFICERS' SALARIES & STOCK OPTIONS AND FRINGES, SO TO PAY PART OF PLAINTIFFS' DAMAGES HEREIN.*

15

K.  *DECIDE ANY FURTHER COURT ACTION TO ENFORCE JUSTICE ON THESE FACTS RE DOW'S BEHAVIOR, AND RE THE BEHAVIOR OF "FIRM" GARAN.*

L.  *MAKE A SHAREHOLDER RESOLUTION FOR THE NEXT SHAREHOLDER MEETING THAT ALL THE CURRENT OFFICER CORPS BE FIRED, INCLUDING FITTERLING, CARTER, TATE + DE LOITE BE REPLACED AS AUDITOR, AS TIME PERMITS.*

M.  *IMPOSE ADDITIONAL "EXEMPLARY DAMAGES" FOR SUCH MALICIOUS AND EVIL ACTIONS BY DEFENDANTS OVER A LONG PERIOD OF TIME.*

N.  *IF THE RANDOMLY-SELECTED JUDGE OF THIS CASE HAPPENS TO BE A KNOWN HOMOSEXUAL, IT STANDS TO REASON THAT PLAINTIFFS WILL BE CONCERNED RE A "CONFLICT OF INTEREST" BEING PRIMA FACIE EVIDENT, GIVEN THE ISSUES OF THIS CASE.  TO BE CLEAR, PLAINTIFFS DO NOT HATE HOMOSEXUALS, BUT WORRY ABOUT A "FAIR TRIAL" FOR ALL PARTIES, DEFENDANTS INCLUDED.*

*PLAINTIFFS DEMAND A JURY TRIAL OF THE FACTUAL ISSUES, AS ABOVE RECITED.  THE FEES HAVE BEEN SECURED.*

*THIS COMPLAINT IS SWORN TRUE, TO THE BEST OF COUNSEL'S KNOWLEDGE & BELIEF, AS THE PROOFS WILL SHOW .*

*LAW OFFICES OF JAMES LEONARD ELSMAN*

*BY        JAMES ELSMAN,*

*4811 BURNLEY DR..*

*BLOOMFIELD HILLS, MI 48304*

*EMAIL: ELSMANLAWFIRM@AOL.COM*

*---------------------------------PHONE: 248-766-5184*

*DATE:  AUGUST 12, 2026*

*P.S.*

*.  THE GARAN LAW FIRM HAS AGREED TO ACCEPT SERVICE FOR ALL THE "DOW" CORPORATIONS AND OFFICERS, BUT NOT FOR DE LOITTE OR DU PONT, OR THE INSURANCE DEFENDANTS.  PLAINTIFFS WISH TO SERVE ALEX LEE INDEPENDENTLY, AS MR. LEE'S WHEREABOUTS ARE KNOWN.*

*17*